I started working at Barnes County Dispatch on January 22nd, 2024. While training, I had to fill out on-board paperwork in the courthouse. One of the sheets asked if I had any medical conditions to be aware of. I stated that I have ADHD, I am also vegetarian, and anemic. Before working for Barnes County, I showed up to my interview with the same makeup style I wear daily, light jewelry, and a pantsuit.

Training at this job takes about six months. Within the first week, I asked if there was a dress code. I was informed that there wasn't and that what I was wearing was appropriate by both the Director, Sarah Miller, and my trainer, Tabatha Branam, on separate occasions. Sarah Miller stated that the outfit I was wearing was fine. Which was jeans, a T-shirt, and tennis shoes she complimented.

Within the first few weeks of working as a dispatcher, I received an unfair amount of conversations that felt targeted. I recall meeting different agencies such as police officers, sheriff deputies, and jail employees. While meeting with Chief Deputy Pat Sand, the topic of body cam videos came up. I remember saying that I liked to watch channels like Code Blue Cam. Pat stated that he would eventually bring some footage for us to watch. The deputy working on the clock had to return to his duties. That's when the conversation slowly shifted to the George Floyd movement. Sarah Miller stated that she isn't able to go to the cities because she is a potential target since her license plate has "I am 911" on it. That's when I decided to stop being part of the conversation because of the gravity of the situation. I felt uncomfortable stating my opinion as the only employee of color in the room. The conversation quickly turned left, with Sarah Miller

stating that she believes George Floyd "deserved what happened to him." Justifying the actions

Derek Chuvin took, which caused Floyd to lose his life. She said these things, looking dead into

my eyes, hoping for affirmation from me. All I could muster up to say was, "Really?" in

response. The other employees listened to her in agreeance like they'd heard her say these things

before. I didn't see the topic's relevancy because it occurred in 2020, and it was currently 2024, 4

years later. She would also talk about how her grandpa smokes "so much weed and has tall

plants". Unfortunately, that isn't the only statement Sarah Miller made that made me feel she

wanted to express her political and social views for validation from her employees. When talking

about my experience in Valley City High School, she stated that she had been a substitute teacher

time and time again. While talking about students, she stated that she doesn't feel like students

should be able to express themselves. They should wear uniforms and not be allowed to voice

their opinions. I negated her statement as someone who has gone to a school with uniforms and

as a speech, debate, and congress kid. Although I didn't say anything out loud, I felt her

statements were damaging. She would only say things for people to agree with her. She always

viewed her opinions as correct, no matter what. Because she is the director, no one would speak

up. I also feel that no one would speak up because they agree with her views. Which right away

made me feel like the black sheep. There was an incident where I was getting ready to go on a

ride along with a sheriff's deputy. Another dispatch trainee who started a little over a week

before me was Lynn Gonzalez. However, due to the deputy's vehicle maintenance issues, I was

unable to go. I had been waiting for hours and had grown hungry. Being vegetarian, I have

plant-based meals. Sarah Miller noticed one of my beyond meat boxes and verbally made a

"ugh" sound followed by a "you eat those?" comment. I was taken aback, and she continued,

"Do you know how bad those are for you? They are heavily processed." She goes on to slander

my meal, going as far as reading the ingredients and making verbal disapproval sounds. That caused me to lose my appetite, and I took all the food I had in the fridge home. Ever since that instance I started skipping meals. I was also offered a container from one of the dispatchers to store my food in, but another dispatcher took it without asking me to use it for herself. All she said was, "Yeah, I took it to use for my locker." That's when I realized these girls are not very kind but rather quick to judge and hostile. So much so Sarah Miller disclosed that other county workers aren't too fond of her. When I asked "why," she shrugged and continued about how she had been written up for being loud-mouthed. The longer I worked at dispatch, the more I realized my co-workers talked negatively about her. Especially regarding her work schedule, she is supposed to work 8 am -5 pm Monday - Friday. However, I quickly caught on to the fact that she comes and goes as she pleases. Christy Judd, one of the trainers, would get upset whenever Sarah didn't show up on time. Sarah would always have an excuse, whether it be issues with her son's daycare or having no explanation at all, and say, "You guys can handle it". This would frustrate Christy and negatively impact the work shift. Tabitha Branam would make the same comments about how Sarah abuses her power and does what she wants.

February 17th: One of the deputies came in, Gunnar Tangen. He was dating one of my co-workers, Avery Suhr. He talked about their relationship before getting together and how, before she was of age, she would drink and behave unhinged, which made me concerned as to why he would confess to her underage drinking during my first week. Later in the night, another dispatcher, Jordan, came in on her off day to show the trainer, Tabitha, a video of her getting into a physical altercation with a citizen. The trainer was impressed by the video and encouraged the behavior.

March 12th: I was sat down and talked to about an instance on February 17th about my attire. I was told I could not wear tank tops alone or cleavage, which I had neither. Instead, I wore a tracksuit with bottoms down to my ankles, a jacket covering my shoulders, and a top that didn't show my chest. My trainer told me to dress more conservatively. Since then, I started to dress down to accommodate them so they wouldn't let my clothing distract them from doing their job. She mentioned how a previous employee would show up with her chest out and would flirt with the officers. This bothered Tabitha because she was married but would have a "work husband" who was an officer. She said that they were caught doing egregious acts. When I asked why she wasn't fired, she had no reasoning. She commented that Cody Thibert was single and asked if I wanted to talk to him. That suggestion made me uncomfortable because Cody is much older than me, and I don't mix business with personal relationships, unlike Tabitha, Avery, Andrea, and Sarah, who all date within the agency.

She also asked me if I was doing my makeup in the bathroom when I came to work. At the time, I would wake up and get ready for work, and instead of using the restroom to have more time, I would use it right away at work. Because every time I came to work, I was sent into one of the private rooms so Christy and Tabitha could talk about training and other content they didn't want me to hear. Since another individual and I were both going through the training process simultaneously, They would tell me to "take a nap or call it nap time." I was taken aback by her comment and said, "No," but naturally, looking in the mirror, I fix my hair. She answers, "That's okay, but sometimes, after a long busy shift, Christy will need to use the bathroom, and you're in

there, so if you could wait until she goes, then that will allow her to use the restroom." I take her request and stop using the restroom.

I was confused as to why she would ask if I was doing my makeup instead of using the restroom myself. She goes on and stated, "You're allowed to eat whenever you want, but you should find a time that works best." Referencing a time, I brought in a meal, I patiently waited almost an hour until Chrissy Judd left her console for us to switch. However, sitting at the commons table, I finally decided to start my meal. They kept going on and on and wouldn't let me sit at the console, so while I was waiting, I took the opportunity to eat, and by the time I was done. I still waited at the table because Chrissy was still there.

Tabitha had a problem with that and told me I could eat whenever, but when shift change happens, I should wait. Which I did; she wanted me to wait for an extended period on purpose. So, I stopped bringing meals in and eating at work. It reminded me of a time Chrissy Judd's husband came in and attacked me about various topics such as being vegetarian, which I never disclosed to him, as well as random outlooks on politics and Trump. Amara Chrissy's daughter occasionally came in to hang out and chat while we were working. Tabitha would also allow her sister, Kelly Branam, to accompany her and her three children. Also, Sarah would allow her son to come in and play. They would work while their family members were present, allowing them to see confidential information.

After Chrissy's daughter Amara left, she started talking to me about Moe Gibbs, Amara's father, who is serving time for a convicted murder charge. She has two daughters with Moe Gibbs, who

are both blended with Black. The topic of hair came up, and her being a woman with bi-racial children. She stated that one of her daughters, whom I graduated with in 2023, has the same hair texture as me. She said that Amara her other daughter doesn't claim her Black side because of her father, which is why her hair is always straightened. Her tone made me feel as though she doesn't accept me as a Black woman who embraces her hair. She commented like it was a funny joke but it was very hurtful to me.

During my employment, they switched from telephones to headsets. However, I was still early in training and could not use the headset. That did not stop Tabitha from reporting that I needed to have it on anyway. She made it seem as though I refused to wear it when I wasn't made aware it was time to switch from taking notes to going hands-on. They also reported me for doing the cleaning duties, saying that I need to get ready promptly when shift changes happen. When I was initially informed to clean the console before and after a shift. I was the only one cleaning before because I witnessed Chrissy picking her nose and touching the monitor immediately. Making my skin crawl. I was concerned that I was being advised not to clean after someone had used the console for 12 hours straight. Even though it's written on the wall of duties. Avery Suhr and Betsy Brimhall commented that they are thankful that I clean at the end of my shift since others tend not to. There was a day when I didn't do the dishes because coworkers divided duties, and I was the only one doing the cleaning tasks. Instead of doing the dishes herself, Tabitha confronted me when I had already vacuumed, wiped tables, and taken the trash out.

January 29th: I went on a ride along with Jason Runge, and we ended up meeting up with Cody Thibert in an elementary school parking lot. These individuals played sexually explicit songs at a

loud volume, while pedestrians walked by, it was so loud that my eardrums started ringing. The songs included "Me so horny by 2 live crew, Fuck the Police by NWA, and other freaky songs from their generation." On the ride along, Jason went to my neighborhood. He asked if I lived at a house that was actually mine. I asked, "Yes, how did you know?" he laughed and said, "I live down the street, and a sheriff's deputy lives nearby, too." He would later threaten to impound my car at 7:20 am on 08/08.

March 15th: Tabitha Branam occasionally read the daily national holidays. On this day, she said, "That's aggressive," out loud while everyone was conversing. Another co-worker responded, "What?" She replied, "It's International Day Against Police Brutality." Her comment confused me, but I brushed it off, although I was confused.

March 26th: I was working the day shift, which was different from my usual night shift schedule. My trainer, Chrissy Judd, and the jail maintenance man were talking about different alcohols. Somehow, the conversation shifted to cannabis. They talked about how they did it 20 years ago, but not anymore. I was eavesdropping, but I was distracted by my work, so when she asked if I partook in it, there was an awkward silence. I waited for the maintenance man to answer until I turned around to see them staring at me. I ask, "Are you talking to me?" she responds, "Yes.". I immediately negate the assumption, and they carry on with their conversation. I don't know why she would ask me when it's illegal, and we get tested before employment. However, she later told me that she let her underage eldest daughter, Tiana, who graduated in the same class as me, have a drink at home. That reminded me of a prior shift when Sarah and Chrissy discussed vodka. Due to my lack of nutrition and having anemia, I got light-headed. On top of my lack of

sleep, I had been drowsy. Instead of checking on me to ensure I was in good shape, they talked about me behind my back. Suspecting that I was hungover or drunk with vodka; that's why they "can't smell it". I ignored it and acted like I didn't hear them, and they laughed it off.

May 2nd: Trainor Tabitha Branam is known to show up late for every shift. More times than not with an attitude due to just waking up and heading to work. This is the only time she came in with a positive mood. Still late but was very snooty. I was already at my station, logged into everything, by the time she arrived. She approaches her console and asks, "Do you feel good?". I respond, "Yes". She asks, "Are you just not having a good day?". I couldn't hear her so I say "Sorry?".

"Are you not having a good day?".

 "Why do you ask that?".

 "You're just kinda quiet".

Later in the night, one of the correctional officers, Brady, comes in and immediately asks the trainer, "Does she still talk a lot?" right in front of me. She responds, "No… she's not as peppy today". Then he continues saying, "Oh..". I didn't respond because they were talking about me more than they were to me. That's when I came to terms with how she negatively conversed with individuals outside our agency about me. Assuming how I am feeling even when I negate her assumptions. This trend carries on, on May 7th.

The next day, I was driving into work, and she had just parked and started walking inside. I was right behind her, but she quickly rushed inside instead of holding the door open for me. When I was at the door, I waited longer than usual and was finally let in. I saw Tabitha out of breath

rushing to her console. I put my stuff away and had to wait for the other trainer, Chrissy, to leave the console as usual. She ended up staying for a while, and then I was finally able to set up. As soon as I sat down, Tabitha goes, "You were late; I was here before you." That was the only time she ever came "earlier" than me. Because the next day, she was 15 minutes late and had an appalling attitude coming in. Dragging her feet with a mean mug on her face.

May 7th: When I started training at dispatch, Lynn, an individual who had started before me, resigned from her position. I did not know Lynn prior to working at dispatch. On my next shift, I asked my trainer, Tabitha, why she left. She stated she didn't know. That night, a correctional officer, Brady, came in, and he asked why Lynn resigned. Tabitha noted that she had issues with younger trainers training her since she was an older lady.

Which took me back to my shift with Avery, during which she stated that she was "surprised" that I did the school-like work. I answered, "Isn't that what I'm supposed to do?" She replied, "Yeah, but Lynn has been struggling to listen" She then listed Lynn's actions, from slamming on the keyboard to blatantly ignoring our co-workers. I asked her, "Couldn't she be fired?" and she responded, "Not necessarily. They can't just fire her."

Officer Stephan Volkner stopped by later that night, asking the same question about Lynn's departure. Tabitha gave him an explanation but then pans to me, saying, "I know it's hard for you because you two were close." I responded, "Why do you think that?" she answered, "Because you guys talked once." I told her it was because she kept touching my hair, and I asked her to stop. She was shocked and said, "Oh, Chrissy and I thought you guys were plotting against us."

while hysterically laughing. I asked, "What? Why?". I realized they had spread false narratives about me regarding someone I didn't know personally because we trained together and got along. They somehow turned me being a good team player into something negative. Making a huge accusation that I'm against them when I stay to myself and do beyond what was expected of me.

June 1st:  I got pulled over by Ian Jacobson with the Valley City Police Department, and as soon as he came to my car window. he aggressively stated, "You're going way too fast." I didn't respond. He continues, "Do you have a license and registration?". I gave him my documents, and he headed back to his vehicle. He returned and said, "You're going so fast. That's why you missed the stop sign." he gave me a citation, which I later contested. I didn't appreciate his hostility. he didn't even acknowledge why he stopped me in the first place and just told me I was going too fast. Then proceeded to berate me from the start of the interaction to finish.

When I went to work after the incident, I was paired up with Betty Brimhall. Avery Suhr warned me that Besty tends to run her mouth often and not to tell her anything. This corresponds with Betsy saying that Avery gets nepotism because her mom is also a dispatcher. The whole reason for Avery becoming one is because her mom got her the job because she had a crush on her now boyfriend, Gunnar Tangen. Betsy said this to say that Avery can get away with much more. This makes sense as to why Gunnar felt so comfortable talking about Avery's underage drinking before they got together. This was the same shift I worked with Avery, where she randomly told me that a black man was walking by her house, but she didn't mind because she "trusted" them. She stated that if it were a white man, she would be scared because "they are crazy and kill entire families". To this day, I still don't know the relevance of the of conversation because it was very

uncalled for. Avery also stated that when I was working with Kelly on a previous shift, Kelly said I "move too much." When the desk consoles are adjustable whether you want to stand or sit. My legs tend to fall asleep after hours of sitting so I would stand periodically. Which is what the desk is intending for. Later on we ended up getting treadmills so stating someone moves too much showed me that they were finding anything and everything to talk negatively about me.

The trainers would use Betsy Brimhall as a ploy to befriend me so I would open up more after being ridiculed for talking. So I came into my shift, and instantly, when we were alone, she brought up my traffic stop unprovoked. She asked what happened, and I told her, "Idk" because I didn't feel comfortable talking to her knowing what Avery said. She kept pushing me to tell her. I told her I didn't remember missing the sign, and she said, "Are you sure?" I said, "Yes." I remember stopping, and she very rudely said, "Okay, well, that's 2 points off your license." I realized that Ian Jacobson had shared my traffic stop video with her, and they were talking about me behind my back. This was the same day when, later in the night, she was texting my trainer, calling me annoying for asking questions as a trainee still learning. She was being so disrespectful and blatantly rude that even the trainer, Tabitha Branam, texted her to be kinder because I was still in training. She would laugh in my face and belittle me. This same co-worker spoke to me about Officer Jacobson pulling her over when he was a rookie. He stopped her and came up to her window, saying, "I got you; I was just kidding." He had no legal reason to pull her over. She reported it to the police chief, which upset Sarah Miller, the dispatch director. She also used to urging me to speak to Sarah about an incident with my neighbors.

On June 27th, my neighbors asked me to move my vehicle from its usual parking spot on my way to get a meal. I said I would relocate my car, which I did when I returned. On my walk to my front door, the same neighbors, Jordet and Patrick Schwehr, tried talking to me. Due to past negative interactions and history with this couple, I carried along ignoring contact with them. Leading the male counterpart to say, "You're such a bitch". When I was simply walking into my home. The situation eventually escalated, leading the couple to call my co-workers (the police) on me. When they arrived, Jason Runge entered my garage without consent or acknowledgment, along with Cody Thibert; they left since there was nothing they could do.

On June 28th, I heard aggressive banging on my front door, who I later found out to be Zachary Gruba, an officer with the valley city police department. Looking out the window, I saw him speaking with my neighbors, David and Ashley Sather, across the street. Later on, around 6 pm, I received a call from this officer saying they received a complaint. I agree to a meet-up because he does not give much of a choice. However, when I walked out to my car, he left notices to call the VCPD on my car and my front door. These notices have a strong adhesive that is still stuck to both my car windshield and front door, no matter how many attempts I make to remove it. This excessive amount of notices placed on my property goes against the usual protocol of only placing it on the front door, which he did at 1600hrs. Zachary only put a notice on my car to intimidate me because the incident happened because I parked on my side of the property line in front of my neighbors home. Which I did prior to working at dispatch.

During the interrogation, Zachary was extremely hostile and out of line. He stared at me with the whites of his eyes exposed. Right away, he had a rude demeanor, asking, "So what's going on

with your neighbors?". When I respond by saying "nothing". He aggressively shifts the conversation, threatening me to apologize or else he will report to Sarah Miller that I'm rude and HR director Carl Martineck to press charges. He made inappropriate comments about how he wants people to quote on quote "disappear so he doesn't have to deal with them anymore". He also stated that my neighbors know what I do for work, which contradicts them telling me to get a job in the heat of the interaction. Therefore, he disclosed my career to them, putting me at risk with a target on my back. At the beginning of training, I was told that we do not need to disclose our names for privacy reasons, yet he exposed my career to people who already have a problem with me. I tried to explain to him that these individuals don't know me and make assumptions about me constantly. They have been stalking me ever since I moved into my home, going as far as texting an old family friend that I was kissing my boyfriend in my driveway. After trying to explain my side and being belittled for over an hour. He responded, "I'm sorry about whatever happened to you, but you have to apologize, or else I'm telling Sarah you were rude and uncooperative". As well as I needed to send a video at the door to prove I did. He also asked, "Don't you want them (my neighbors) to see you doing good?". I respond that I don't want them to see anything because these individuals have always been hostile towards me. Once the meeting was over, he started yelling at me as I was walking out the doors, saying, "You need to think about your actions, etc.." So after our meeting, I went to my neighbor to do exactly that, and I turned in the video to his work cell. However, the next day, when I told him I apologized, but they didn't answer, he said, "Yeah, when it was late, and they were in bed." I stated that I went when he told me to, and the sun was still up. My neighbors across the street even saw me. He still spoke on their behalf and was rude throughout the enitre call.

On July 1st at 3:30, Sarah wanted to meet up at her office. When I showed up, Betsy let me in while working on the console. She gave me a nasty grin as I walked into Sarah's office. Trainer Tabitha and director Sarah were there. They discussed the issue with my neighbor and asked if this situation would work. That is the same question they asked at the beginning of my employment. Whether or not I would be capable of working due to sexual misconduct from a substitute teacher.  I stated yes, this didn't happen at work; therefore, it doesn't prohibit my ability to do my job. They listened and answered, saying, "Well, we're on your side, but you have to come to us when issues arise." I said okay, and the meeting was over within 30 minutes. Betsy let me out of the facility, and I left until my next shift.

July 2nd: During this process, HR director Carl Martineck set up a meeting to discuss the incident with my neighbors. However, we would not have this conversation until after my termination, as he said, before my termination that he "knows what he's gonna do."

July 5th-7th: I worked the day shift with Betsy Brimhall on the 5th. At that point in my career, she said she liked working with me, but that didn't show with her actions towards me. She would frequently talk about the books she reads. One is "its end with us" by Colleen hoover. She would talk about how she likes smutty books and even offered for me to read them. She was very open about her and her boyfriend Cody's sex life. When I disclosed that I am bisexual, she made it a well-known fact that she and Cody are looking for a female to incorporate into their routine. When I didn't respond, she quickly changed the subject. She talked about how her best friend slept with some guy she was seeing and how she wasn't upset, instead jealous she wasn't invited. Luckily, work came in between the conversation with an officer asking for a plate to be verified.

At the same time, there was another office that had radio traffic. Instead of helping, she completely left me to struggle on my own. I had not yet entered the stage where I was supposed to work entirely by myself. Instead of making an effort to lighten the load, she instead started yelling at me to answer the radio traffic. Her tone quickly changed, and she left out a huge "ughh" before finally stepping in. She then discouraged me, saying I did "bad" and was negative throughout the rest of the night. When Tabitha came in during shift change, she made sure to speak about me right in front of me. Making it seem like I wasn't cooperative throughout the whole shift.

On my last day at dispatch, July 7th, I worked with Betsy again during the day. That day, I could tell her energy was off. She waited once again until everyone left to have a conversation. The first thing she said was about her boyfriend, Cody. She stated, "I hate weed. Cody used to smoke, but I told him he either has to quit or I wouldn't date him." she didn't give me enough time to respond. She continued stammering, "Yeah, when we first started, he tried to kill himself by drinking and taking a bunch of pills and locking himself in the room. So yeah, that's why I don't like it or want to be around anyone who does it.". We receive radio traffic, which cuts the conversation short, leaving me speechless. I answered since she was standing in the kitchen and I was at the console. However, after the fact, she continued saying he used to do "XYZ" drugs, and she changed him. She doesn't give me any time to react. She goes on and on saying, "Sometimes he'll act like a thug and (she pulls her pants slightly past her waist and bends her knees in a "thug" stance- she lowers her voice) says come here ni-" under her breath and starts laughing while facing her back towards me. I was shocked by her impression because I realized what she meant when she was talking about "thugs." She says, "That's why they (our

co-workers) don't like him." I ask, "Why?" she answers, "Cause of his past. He has a record, so they were not too happy about us dating. Even now, they still don't like him." "She was vague about his "history." Betsy is known to blow things out of proportion and spread gossip. Which is why she made false comments about me leading to my home being raided. However, in the report they intentionally left out that information because they had no evidence to prove I was doing any wrongdoing. So her, the leader of the task force Doug Muske, and my neighbors David and Ashley Sather, conspired together internally. Doug Muske having a personal relationship with David Sather personally asked him to file a report on Betsy's behalf in order to search my home. That's why there is contradicting information on the warrant saying that there was a "vape vs unknown bags in the trunk".

July 9th: Early in the morning on this day, the Barnes County task force raided my home. Lead by Doug Muske; it was reported that I was participating in illegal activities such as using my trunk and going on short trips. However, under the supposed "good faith" law reported by my neighbors, it was deemed enough evidence to get my home searched and was signed off by a judge. The individuals who reported me are a conflict of interest due to Doug Muske's son dating David Sather's (neighbor across the street) daughter. When I brought this to Doug's attention, he stated that "good faith" is not enough to have someone's home searched, which is why my neighbors had to fabricate the report. Doug helped file the report against me, conspiring with not only my neighbors but my co-workers to take me down. Giving Betsy the reasoning to bring up drug use during our last shift together to get me to talk. However, since she failed in getting me to open up they had to go down the neighbor route. During the search, Doug offered for me to take a drug test, which I declined due to them already invading my home. He stated that I could

lose my job at dispatch, and when I tried to ask who made the report, he stated, "Concerned citizens." However, when I tried to ask why the report says I was putting unknown bags in my trunk vs a report about vape usage/selling, he had no answer. This is because they made a false report and added anything to it in order to get a warrant. Now that enough time has passed, my charges have been dropped, and the items they took have been returned to me. This very day, there was a monthly meeting at dispatch. Unknowingly, Sarah Miller texted to meet me around 2 pm. However, I didn't receive the message since Doug took my phone. I go to the meeting at five, and as soon as I walk in, Andrea Suhr says, "Hi, Londine," with a bitter tone. Letting me know they have already discussed my termination. And coordinated together to raid my home instead of just firing me as Carl Martineck stated he intended. Sarah  Miller called me into her office, and trainer Chrissy Judd was there. When I walk in, she hands me a box and says, "You're terminated." The box was excessively large for my little belongings. They kept my beanie that was in my locker for themselves and did not place it in my box.

There were numerous times when I was working with individuals who would make random comments that were uncalled for—for example, Doug Keifert, a Barnes County sheriff's deputy. Commented "dont give a black guy on the side of the road a ride". After he left, trainer Tabaitha stated that if she ever made an insensitive comment, she didn't mean anything wrong by it and told me to come to her if I had an issue with anybody making insensitive jokes or comments. Betsy commented, "Thugs," and almost slipped up saying the n-word. When working with part-time co-worker Kaity Anderson, I asked for help finding a license readback. She rudely said, "Do it yourself; that's what I asked of you.". Steve Loibel with the sheriff's department

started laughing at me, making me feel small. When I was simply ensuring it was actually a registered plate.

RETALIATION

The same day my house was searched, I hired an attorney to represent me. Unfortunately, working with Dierra Diegel wasn't too convenient. Trying to get a hold of her was like pulling teeth; the only time I was helped was when I complained about being unable to talk to her. When her assistant, Amy, scheduled an appointment for us to speak on Monday, August 12th, at 3 pm., which she never responded. She also didn't inform me entirely about a deferral disposition, which is why I wanted to speak with her and have a verbal conversation to fully grasp what I am agreeing to and signing, that never happened.

When I tried to tell attorney Dierra that Doug Muske and David Sather are connected and that this was done under malpractice, she completely ignored it and said that if I had an issue, I should tell my neighbors to "mind their business". Also, when I worked with her on another case, disorderly conduct case, instead of hearing my side, she tried to paint the narrative placed upon me, and twist my words that I was guilty and wouldn't give me a chance to explain myself. Then, she completely flipped the script and retained from her position. After I tried to talk to her about the mistreatment she was giving me. On December 11th, she randomly commented about me not trusting VCPD. When I asked her where she got that idea, she said that's a common notion she's gotten from working here. Each time I responded to her message, she would leave me on read or not respond until I had another question. Dierra also stated that Carl wanted me to

do 10 hours of community service instead of a one-year inposition because, in my body cam video of me getting arrested, I picked up a piece of a cup from the ground to throw in the trash. So he did that to make a joke about picking up trash. Those charges have also since been dropped.

July 8th:  Carl Martineck sends a letter to my home regarding a notice to cut grass due. However, we recently cut the grass, and they claimed it grew back up 6 inches. Yet when we didn't have a lawn mower, and our grass was long, we never received a letter, but after the incident with our neighbors, they found any and every reason to report to authorities. Carl threatened us with fees and a record against the property to retaliate against me.

July 22nd: I met with the head of HR, Carl Martineck, regarding the incident with my neighbors. During our conversation, he showed me my traffic stop video, discussed the situation with my neighbors, and stated that he felt the whole situation was petty on both sides. However, if issues continue to arise between them, he will press charges against me. I asked, "How about when they are causing the problems?". He responded, "Then I'll handle it". He called my behavior erratic for sticking up for myself when Patrick Schwehr, a grown man, called me a bitch when I was walking away. He undermined my ADHD diagnosis and was very careless about what I had to say. So much so that he emailed my attorney saying I needed to be punished because of my diagnosis and that he gave me more than enough chances when he hadn't given me any. He compared the incident with my neighbors to my DV incident. He sees me as a troubled young adult who doesn't deserve any respect or justice because of the perception my neighbors project. He has preconceived notions of me, and it shows in every conversation we've had.

July 29th: My hearing for my traffic stop is this day. When I went in, I saw Carl Martineck and Ian Jacobson laughing at each other during the hearing. At the end of the hearing, they said that I could take a course to get my points reduced, which I did end up doing. So despite what Betsy Brimhall was trying to make a point of, I do not currently have points on my license.

August 8th: Jason Runge placed a 72-hour impound warning on my car parked in front of my house. That contradicts the fact that I was working my new job at a hotel the days prior, making it impossible for my car to be outside for 72 hours. However, he placed the warning at 7:20 am when I worked the night shift. When I called the police department regarding filing a complaint, the lady over the phone yelled at me, saying, "YOU CANT FILE A COMPLAINT." When I told her my issue, saying that I had a work schedule to prove I wasn't there for 72 hours straight, she was extremely rude and short with me. Jason placed this due to my neighbors having an issue with me parking on my side of the property line. They used this impound notice as an intimidation tactic. Even though I parked on a public street in front of my home. I've always parked my car in this spot, even before working at dispatch, with no issues.

After my termination from dispatch is when I started to receive notices at my home. Regarding actions I've done since I moved into this home. I've always used my trunk because I was in a long-distance relationship and stopped at gas stations. I don't want people to see bags in my car and break in. When we first moved into our home, we had issues with the lawnmower we got on Facebook marketplace. It simply would not work. It would not run, so we would go weeks

without mowing the lawn, but now that we got a new lawnmower, we mow the lawn and keep it tidy. To receive grass notices now after being terminated from dispatch is a sign of retaliation and fear-mongering. The neighbors across the street David and Ashley Sather also have a camera. They use to monitor me constantly; during the interview with Zachary Gruba, he had a recording of me that he couldn't show me because it would show that it was from their security cameras. Also, with the conflict of interest between Doug Muske and David Sather, they used that to get in touch about me and spread it between the neighbors on the right side of my home, Jordet and Patrick Schwehr. as well as law enforcement.

August 27th: Carl martineck sends another notice to cut grass to my residence. However, he added red text to "trim weeds" around our property because we had already cut the grass, which shows that he is fighting to find anything to target us and make it so he can put a record against us and our property. All because I had a conflict with my neighbors which Carl admitted to my attorney that he would've terminated me for, but he didn't because he wanted to wait until my house was raided to give me larger charges. He admitted that said charges; infraction. Weren't significant to my attorney, saying, "Granted, they were just infractions, but she was still charged" regarding my house being searched. When Kaity Anderson, a part-time employee for Barnes County Dispatch has drunk driving on her record and is able to work at dispatch as well as a correctional officer, Brady, who also talked about how he's driven drunk and doesn't even know how he made it home one night in front of my trainer, Tabatha Branam. When I asked her how it would be possible for them to be employed by the county, She just shrugged and said I don't know.

September 15th: I was getting ready for the day around 9 am when I received a knock on my door from Officer Cody Thibert saying that my neighbors were complaining about me playing music. Since it's not illegal to play music up till 10 pm, there's nothing they could do. However, when Jason Runge showed up at my property, he made it known that I had a warrant out for my arrest. When I asked what it was for, he said he didn't know, but they left on another call. When I went outside, my neighbor, David Sather, pulled up, and I approached him, asking why he had called the cops on me. He responded I didn't call the cops on you even though his wife, Ashley Sather, is the one who placed the call. That's when Officer Jason Runge returned and said he was taking me into custody. He arrested me, but before he let me know, it wasn't because of the music but instead because of a warrant. He also stated that Patrick Schwehr (neighbors to the right of my home) made a false claim that I vandalized their property. When I was arrested, Patrick, who I never see come out of his house, sat on his front porch steps until I was taken away. This proves that they coordinated together to get me arrested for this warrant. That's why both neighbors called for me because they were made aware of my warrant and told to call in order to arrest me ASAP.

I know this because David Sather stated "I know who you are" when I approached him about calling the cops on me. He knows who I am because of this him getting inside information about me. His daughter Abby Sather and Doug Muske's son Broden Muske graduated in my class. David is the one who reported me for being a quote-on-quote a drug dealer. Doug Muske is the one who discloses all my information to David. Working together to raid my home with internal affairs.

When I was taken to the police department to bond out, I asked Jason who the individuals who called on me were. He stated that Patrick Schwehr reported the vandalism and Ashley Sather reported the music. He also added that I need to be kinder to these individuals who have never shown me any grace ever since moving into the neighborhood. The only time they approached me in a positive manner was when my lawnmower wasn't working and my ex-boyfriend, who happens to be white, was struggling with it. David offered to help. However, we had the lawnmower for months prior and struggled while David saw us trying to get it to work, and he did not offer to help when my family tried to run the mower.

After I bonded out, I was giving a ride back home and walking past the halls to the police department's garage. There was a defaced image of Kamala Harris in the hallway with many markings. It was almost like a poster in a high school bathroom with graffiti on it—very immature and unprofessional.

Keep in mind, Jordet Schwehr has filmed me walking in and out of my house unprovoked, just minding my business and sending it to law enforcement to saying "she's doing something wrong" when I'm simply just going to go to the grocery store going to get some food or going anywhere really. They are constantly finding something to make a thing. It's like I'm a walking experiment, a social experiment. I can't be doing anything; it's automatically deemed wrong if I am doing something. David Sather has no authority over knowing my private information because he works for Barnes Rural Water District in Valley City. However, he and Patrick were informed about my warrant and told to call me in at any cost and report anything to get me in. I was gone for days before my arrest. I was out of town, and the day that I came back into town

was the day that they reported me. I still listen to music at the same volume and do precisely what I do. This is the same situation with me parking in front of my home. I've parked in that spot for years before working at dispatch and have only experienced difficulty recently after being terminated and having an altercation with my neighbors. Now they are making my grass a problem, my parking where I usually park a problem, and my daily activities. Affecting my daily life. I don't feel comfortable in my home. My mom doesn't feel comfortable in her home. She calls me worried sick, thinking that someone can get her and that she's not even safe living in her home comfortably without having people constantly watching us. It's affecting our mental health and our day-to-day lives. One of the main reasons my mom struggled with the lawnmower is that she works two jobs and is gone most of the day. I am trying to branch out and grow my career, but it's hard to do that when you have a mom who doesn't like being alone in her own home that she pays for.

October 31st: an old acquaintance set me up by conspiring with Ian Jacobson. They both decided together to get me over to her home to help me with a trespassing slip for me to sign; however, when Ian approached me, he had no lights. He just did a U-turn at the stop sign and pulled up next to me. He wouldn't explain why he was there. He said "I needed to talk to Londine". I had to be the one to ask if I needed to sign, and he responded yes; I said, "Oh," thinking why didn't you just say that?. He then told me after I signed to stay away from here as if my acquaintance wasn't the one leading me on thinking she really wanted to hang out. He allowed her to set me up to make me seem like I was in the wrong when she was constantly the one trying to hang out and get me over to her property.

Ian, however, is known to be corrupt because Tabaitha would tell me a stories about how they had a fling, and he would stalk her and her male partner who is an officer as well. Matthew Knight would see him making excessive rounds around their home on their security cameras. I have also taken note of this specific officer making rounds around my home within the same hour, even sometimes 30 minutes. She also talks about how he spread rumors about her at work and how he's had numerous disciplinary actions against him. However, he's still employed with VCPD.

November 19th: I received a letter in the mail from Julie Mindt stating that my voting signature for the 2024 election isn't invalid. I've never had issues with voting in the past. My mother even signed as a witness so I don't possibly understand how it would be deemed ineligible. However I placed my vote for Harris/Waltz which I know isn't a popular vote where I am from.

December 16th: I called a gas station requesting security footage because I was in a domestic violence situation. The individual who strangled me threatened my loved one when his sister sent me up to run into him on purpose at the gas station with their mom. The incident happened the same day Ian Jacobson approached my car with this same "friend". The store clerk initially said she could provide the footage, but after explaining the gravity of the situation, she said I needed to ask a police officer to get the footage. I called the police department and reported that he had threatened me and that I wanted footage from the gas station. The lady quickly interrupts me on the other end. Yelling through the phone again, the same lady I called regarding the impound notice. She responds, "YOU NEED TO ASK CENEX FOR THE FOOTAGE THEN." I quickly answered, saying, "I just did; they told me I need to have an officer request the footage." she

responded, "Oh… I'll have one contact you". I get in contact with an officer, and they request footage. However, I don't understand why this lady is always hostile when answering the phone. I reported it to Carl Martineck, who quickly acknowledged that they are having customer service issues and that he would bring it up to the individuals causing this problem. He knows they are intentionally treating me unfairly.

Recently, on April 15th, I called the state attorney Tonya Duffy because the week prior, I was told to contact Tonya Duffy to get some of the items from the raid back by her partner Ladonna. When I called her, she was instantly insulting. When I told her I was looking to get my items back, she said, "Oh, you want your illegal paraphernalia and drugs back?" I responded, "Excuse me." she said, "That's just what I assumed." She answered when I told her I didn't appreciate her disrepect. "That's fine." When I asked her, "What's fine?" she said, "you feel that way". I responded. "Of course, it's fine that I feel that way. I don't need you to tell me what I can or can't feel." then I asked her, "Can you help me or not?" She said that is the" task force's job to do and to get in contact with them." I told her I'd been trying to contact them for days, but he was absent. She looks into the case and says, "Yeah, you're gonna have to ask the task force." I said, "Okay, thank you, bye".

Later in the evening, I came home to see my neighbors doing construction. They put a dumpster in front of my home, blocking its entirety. So I called the police department but was transferred to dispatch because it was after hours when I was transferred. Betsy Brimhall answered the phone, and I explained what was going on. She was impatient and short with me, pressuring me to speak with an officer. I saw that an officer drove by the block to check it out. The next day, I

called the police department to report the obstruction of my home, and an individual on the other end answered very hostile, saying, "Are you the one that called about that yesterday?". I answered, "Yes," and he responded. "Yeah, you need to stop that. They are authorized to do that." When I asked, "Okay, when are they gonna be done?" He said, "I don't know, but it doesn't matter. They can do whatever they want." I find it very hypocritical that I can't ask questions about a dump truck obstructing my parking spot in front of my home, but if I were to park there then I get an impound notice. I was appalled by his reaction, so I requested to speak to the task force. The task force answered, and that's when I talked to Doug Muske regarding my case and getting my items returned to me.

I asked about aspects of the case. When I mentioned Doug's conflict of interest, David Sather, he stated that he received information and was just doing his job. When I asked him to describe the items in the evidence he received, he said that if I had questions, "that's what the courts are for" and was very vague. He then stated that he had to ask the states attorney regarding returning the items back to me. I said "no I talked to her and she was being so disrespectful and rude. And told me that she has nothing to do with getting my items returned. And that i needed to talk to you'. He answered saying "I don't know I have to ask her i can't do anything about that".

April 30th: I brought up the construction issue with Carl Martineck, who acknowledged that the customer service hasn't been fair

UPDATED: As of May 7th, Doug Muske has returned my items to me. However he did not provide me a receipt.